# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00743-CV

**J. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 21-0048-CPSC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. M. filed her notice of appeal on November 17, 2022. The appellate record was complete on December 6, 2022, making appellant's brief due on December 27, 2022. On December 27, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Dion W. Clark to file appellant's brief no later than January 17, 2023. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on January 12, 2023.

Before Justices Baker, Kelly, and Smith